**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Leo Dorrell, et al.                                    *

**Plaintiff,**

                                                       *

**v.**                                                     **Case No.**  1:25-cv-02251

Constellation Energy Corp., et al.                      *

**Defendant.**                                         *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
                                                              (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☒ The following corporate affiliations exist with  FirstEnergy Corporation   :
                                                              (name of party)

FirstEnergy Service Company (subsidiary), FirstEnergy Pennsylvania Electric Company (subsidiary), FirstEnergy Transmission, LLC (subsidiary), FirstEnergy Ventures Corp. (subsidiary), Jersey Central Power & Light Company (subsidiary), Monongahela Power Company (subsidiary), Ohio Edison Company (subsidiary), The Cleveland Electric Illuminating Company (subsidiary), The Potomac Edison Company (subsidiary), The Toledo Edison Company (subsidiary).
                                         (names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
                     (names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| | |
|---|---|
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

8/4/2025
_____
Date

/s/ Amanda Flug Davidoff
_____
Signature

Amanda Flug Davidoff (#20125)
_____
Printed name and bar number

1700 New York Avenue N.W., Suite 700, Washington, D.C. 20006
_____
Address

davidoffa@sullcrom.com
_____
Email address

(202) 956-7570
_____
Telephone number

(202) 293-6330
_____
Fax number