**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

LEO DORRELL and JOHN DUNN, on
behalf of themselves and all others
similarly situated,

*Plaintiffs*,

v.

CONSTELLATION ENERGY
CORPORATION, AMEREN
CORPORATION, AMERICAN ELECTRIC
POWER COMPANY INC., ARIZONA
PUBLIC SERVICE COMPANY,
DOMINION ENERGY, INC., DTE
ENERGY COMPANY, DUKE ENERGY
CORPORATION, PROGRESS ENERGY,
INC., ENERGY NORTHWEST, ENTERGY
CORPORATION, EXELON
CORPORATION, FIRSTENERGY
CORPORATION, NEXTERA ENERGY,
INC., FLORIDA POWER & LIGHT
COMPANY, OMAHA PUBLIC POWER
DISTRICT, PACIFIC GAS & ELECTRIC
COMPANY, PUBLIC SERVICE
ENTERPRISE GROUP INC., SOUTHERN
CALIFORNIA EDISON COMPANY, THE
SOUTHERN COMPANY, STP NUCLEAR
OPERATING COMPANY, TALEN
ENERGY CORPORATION, TENNESSEE
VALLEY AUTHORITY, VISTRA
CORPORATION, LUMINANT
GENERATION COMPANY, LLC, WOLF
CREEK NUCLEAR OPERATING
CORPORATION, XCEL ENERGY, INC.,
ACCELERANT TECHNOLOGIES LLC, and
HUMAN RESOURCE CONSULTANTS,
LLC,

*Defendants*.

Case No. 1:25-CV-2251-ABA

**ARIZONA PUBLIC SERVICE COMPANY'S**
**DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTERESTS**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, counsel of record

for Defendant Arizona Public Service Company ("APS") hereby states as follows:

APS is a wholly-owned subsidiary of Pinnacle West Capital Corporation.  No publicly

held corporation owns 10% or more of Pinnacle West Capital Corporation's stock.

APS jointly owns the Palo Verde Nuclear Generating Station with Salt River Project

Agricultural Improvement and Power District, Southern California Edison Company, El Paso

Electric Company, Public Service Company of New Mexico, Southern California Public Power

Authority, and Los Angeles Department of Water & Power.

Dated: August 4, 2025                          Respectfully submitted,

*/s/ Stacey L. VanBelleghem*
Stacey L. VanBelleghem (D. Md. Bar No. 28893)
Maggy Sullivan (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
stacey.vanbelleghem@lw.com
marguerite.sullivan@lw.com

Lawrence E. Buterman (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

Meaghan Thomas-Kennedy (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
meaghan.thomas-kennedy@lw.com

*Counsel for Defendant Arizona Public Service Company*