**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| LEO DORRELL, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **Civil Action No. 1:25-cv-02251-ABA** |
| CONSTELLATION ENERGY CORP., et al., | ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANT PUBLIC SERVICE ENTERPRISE GROUP INCORPORATED'S**
**RULE 7.1 AND LOCAL RULE 103.3**
**DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 103.3, Defendant Public Service

Enterprise Group Incorporated ("PSEG"), by its undersigned counsel, hereby states that:

1. PSEG does not have a parent corporation;

2. PSEG does not have any publicly held affiliates;

3. The Vanguard Group, Inc. holds approximately 12.78% of PSEG's common

   stock;

4. No other entity holds more than 10% of PSEG's common stock.

Dated: August 5, 2025                    Respectfully submitted,

                                         */s/ Jonathan I. Gleklen*

                                         Sonia K. Pfaffenroth (*pro hac vice admission*
                                         *forthcoming*)
                                         Ryan Z. Watts (*pro hac vice admission forthcoming*)
                                         Jonathan I. Gleklen (Bar No. 21350)
                                         ARNOLD & PORTER KAYE SCHOLER LLP

601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Tel. (202) 942-5000
Fax (202) 942-5999
Sonia.Pfaffenroth@arnoldporter.com
Ryan.Watts@arnoldporter.com
Jonathan.Gleklen@arnoldporter.com

C. Scott Lent (*pro hac vice admission forthcoming*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel. (212) 836-8000
Fax (212) 836-8689
Scott.Lent@arnoldporter.com

*Counsel for Defendant Public Service Enterprise
Group Incorporated*