**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| LEO DORRELL, et al,<br><br>*Plaintiffs,*<br><br>v.<br><br>CONSTELLATION ENERGY<br>CORPORATION, et al.,<br><br>*Defendants.* | Case No.:  1:25-cv-2251-ABA |

<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Defendant Ameren Corporation, through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule of the United States District Court for the District of Maryland 103.3, hereby files this Corporate Disclosure Statement and states the following:

1.      Ameren Corporation is a publicly traded corporation and has no parent. The following corporation owns 10% or more of Ameren Corporation's stock: T. Rowe Price Associates, Inc.

2.      Ameren Corporation discloses that the following insurers who are not a party to this case may have a financial interest in the outcome of the litigation: AEGIS (Associated Electric & Gas Insurance Services Limited).

3.      Other than the above entities, at this time Ameren Corporation is not aware of any other corporation, unincorporated association, partnership, insurer, or other business entity, not a party to the case, which may have any financial interest in the outcome of this litigation. Ameren Corporation expressly reserves all rights to supplement the disclosures herein at any time.

4.      These representations are made in order that the Judges of this Court may determine the need for recusal. Nothing in this statement shall be construed as an admission of any allegations or a waiver of any defenses otherwise available to Defendant Ameren Corporation.

Dated: August 5, 2025                               Respectfully submitted,

                                        _____/s/__Arthur E. Schmalz_____
                                        Arthur E. Schmalz (D. Md. Bar # 20359)
                                        **HUNTON ANDREWS KURTH LLP**
                                        2200 Pennsylvania Avenue, NW
                                        Washington, DC 20037
                                        Telephone: (202) 955-1500
                                        Facsimile: (202) 778-2201
                                        aschmalz@hunton.com

                                        *Counsel for Defendant Ameren Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2025, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to counsel of record in this case.

_____/s/__Arthur E. Schmalz_____
Arthur E. Schmalz (D. Md. Bar # 20359)

3