**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| LEO DORRELL, et al.,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>　　　　v.<br><br>CONSTELLATION ENERGY<br>CORPORATION, et al.,<br><br>　　　　　　　　　　*Defendants*. | Case No. 1:25-cv-02251-ABA |

**DEFENDANT WOLF CREEK NUCLEAR OPERATING CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

Wolf Creek Nuclear Operating Corporation ("Wolf Creek") submits the following disclosure statement under Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 103.3.

Wolf Creek is not publicly held, and no publicly held corporation owns 10% or more of its stock. Wolf Creek's parent companies are Kansas Electric Power Cooperative, Inc.; Evergy Kansas South, Inc.; and Evergy Metro, Inc.

Evergy Kansas South, Inc. and Evergy Metro, Inc. are both wholly owned by Evergy, Inc., which is a publicly held affiliate of Wolf Creek.

Wolf Creek is not aware of any other corporation, unincorporated association, partnership, or other business entity, not a party to the case, that has a financial interest in the outcome of this litigation.

Dated: August 6, 2025

Respectfully submitted,

*/s/  Anne Marchitello*
Anne Marchitello (Bar # 19918)
Emily Murphy (*pro hac vice* motion pending)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
amarchitello@omm.com
emurphy@omm.com

Michael F. Tubach (*pro hac vice* motion pending)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
mtubach@omm.com

Alexandra Wolter (*pro hac vice* motion pending)
Eric Rodriguez (*pro hac vice* motion pending)
O'MELVENY & MYERS LLP
400 S. Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
awolter@omm.com
erodriguez@omm.com

Stephen Silvestri (Bar # 01950)
Maxim V. Doroshenko (Bar # 20776)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
Telephone: (410) 415-2000
Stephen.Silvestri@jacksonlewis.com
Maxim.Doroshenko@jacksonlewis.com

*Counsel for Defendant Wolf Creek Nuclear Operating Corporation*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to counsel of record in this case.

/s/ Anne Marchitello
Anne Marchitello (Bar # 19918)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
amarchitello@omm.com