UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEO DORRELL, *et al.*,<br><br>                               Plaintiffs,<br><br>  v.<br><br>CONSTELLATION ENERGY CORPORATION, *et al.*,<br><br>                              Defendants. | Case No. 1:25-cv-02251-ABA |

**PLAINTIFFS' RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HUMAN RESOURCE CONSULTANTS, LLC**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs submit this notice dismissing without prejudice all claims Plaintiffs have asserted against Human Resource Consultants, LLC. This Defendant has not served an answer or a motion for summary judgment. A case has been filed under chapter 7 of the Bankruptcy Code for Human Resources Consultants, LLC in United States Bankruptcy Court for the District of Arizona, 2:25-bk-07166-EPB. This dismissal does not affect any of Plaintiffs' claims in this case against any Defendant other than Defendant Human Resource Consultants, LLC.

DATED: August 19, 2025                      Respectfully submitted,

                                                         /s/ *Matthew K. Handley*
                                                         Matthew K. Handley (D. Md. Bar # 18636)
                                                         HANDLEY FARAH & ANDERSON PLLC
                                                         1050 Connecticut Avenue, NW, Suite 500
                                                         Washington, DC 20036
                                                         Telephone: (202) 559-2433
                                                         mhandley@hfajustice.com

George F. Farah (pro hac vice)
Nicholas J. Jackson (pro hac vice)
Rebecca P. Chang (pro hac vice)
Simon Wiener (pro hac vice)
HANDLEY FARAH & ANDERSON PLLC
33 Irving Place
New York, NY 10003
Telephone: (212) 477-8090
gfarah@hfajustice.com
njackson@hfajustice.com
rchang@hfajustice.com
swiener@hfajustice.com

William H. Anderson (pro hac vice)
HANDLEY FARAH & ANDERSON PLLC
1434 Spruce Street, Suite 301
Boulder, CO 80302
Telephone: (202) 559-2433
wanderson@hfajustice.com

*/s/ Shana E. Scarlett*
Shana E. Scarlett (pro hac vice)
Abby R. Wolf (pro hac vice)
John Michael Grant (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
abbyw@hbsslaw.com
john.grant@hbsslaw.com

Steve W. Berman (pro hac vice)
Breanna Van Engelen (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

/s/ *Brent W. Johnson*
Brent W. Johnson (pro hac vice)
Daniel H. Silverman (pro hac vice)
Alison S. Deich (pro hac vice)
Sabrina Merold (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bjohnson@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com
smerold@cohenmilstein.com

*Counsel for Plaintiffs and the Proposed Class*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

>  */s/     Matthew K. Handley*
>  Matthew K. Handley