## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

LEO DORRELL, *et al.*,

    *Plaintiffs*,

    v.

CONSTELLATION ENERGY
CORPORATION, *et al.*,

    *Defendants*.

Case No. 25-cv-2251-ABA

## ORDER

The Court does not plan to hear argument regarding the motion to dismiss for lack of personal jurisdiction (ECF No. 422) or the motion to dismiss by Defendants FirstEnergy Corp. and FirstEnergy Service Company (ECF No. 418). Regarding the others motions and issues, the Court intends to structure the May 13 hearing as follows:

1. The portions of the Omnibus motion to dismiss (ECF No. 427) concerning the pleading of Counts I and II

2. The portion of the Omnibus motion to dismiss concerning the statute of limitations and Defendant Southern California Edison Company's motion to dismiss (ECF No. 424)

3. Bankruptcy Defendants' motion to dismiss (ECF No. 426)

4. Defendant Tennessee Valley Authority's motion to dismiss (ECF No. 415)

The Court will hear argument from both sides concerning a given issue or motion before moving to the next issue or motion, and will decide as we proceed how long to hear argument on a given motion or issue. If the hearing continues until 1:00 p.m., the Court will break for lunch and resume the hearing at 2:30 p.m.

Date:  May 8, 2026

_____/s/_____
Adam B. Abelson
United States District Judge