**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

LEO DORRELL, *et al.*,

                    Plaintiffs,

   v.

CONSTELLATION ENERGY CORPORATION,
*et al.*,

                    Defendants.

Case No. 1:25-cv-02251-ABA

**CLASS PLAINTIFFS' AND DEFENDANTS NEXTERA ENERGY, INC.; NEXTERA ENERGY RESOURCES, LLC; AND FLORIDA POWER & LIGHT COMPANY'S JOINT NOTICE OF SETTLEMENT AND STIPULATION FOR SUSPENSION OF PROCEEDINGS**

Class Plaintiffs and Defendants NextEra Energy, Inc.; NextEra Energy Resources, LLC; and Florida Power & Light Company (the "NextEra Defendants," together with Class Plaintiffs, the "Parties") respectfully write to the Court to provide notice that Class Plaintiffs and NextEra have reached an agreement to settle all claims against the NextEra Defendants for $9,500,000 and material cooperation. This agreement is subject the Court's approval pursuant to Federal Rule of Civil Procedure 23. Class Plaintiffs will move for preliminary approval of a proposed settlement in the near future.

The Parties further stipulate that all proceedings between them be suspended by the Court consistent with the terms of their settlement agreement, which will be provided to the Court in connection with Class Plaintiffs' motion for preliminary approval of the proposed settlement.

Dated: May 12, 2026

Respectfully submitted,

By: /s/ *Matthew K. Handley*
      Matthew K. Handley (D. Md. Bar # 18636)
HANDLEY FARAH & ANDERSON PLLC
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Telephone: (202) 559-2433
mhandley@hfajustice.com

George F. Farah (*pro hac vice*)
Nicholas J. Jackson (*pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
33 Irving Place
New York, NY 10003
Telephone: (212) 477-8090
gfarah@hfajustice.com
njackson@hfajustice.com

William H. Anderson (*pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
1434 Spruce Street, Suite 301
Boulder, CO 80302
Telephone: (202) 559-2433
wanderson@hfajustice.com

By: /s/ *Shana E. Scarlett*
      Shana E. Scarlett (*pro hac vice*)
Abby R. Wolf (*pro hac vice*)
John Michael Grant (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
abbyw@hbsslaw.com
john.grant@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Breanna Van Engelen (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com


By: /s/ *Brent W. Johnson*
      Brent W. Johnson (*pro hac vice*)
Daniel H. Silverman (*pro hac vice*)
Alison S. Deich (*pro hac vice*)
Sabrina Merold (*pro hac vice*)
Nina L. Haug (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bjohnson@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com
smerold@cohenmilstein.com
nhaug@cohenmilstein.com

*Interim Co-Lead Class Counsel*


By: /s/ Paul A. Soloman
      Paul A. Solomon (D. Md. Bar No. 19920)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-2760
paul.solomon@skadden.com

Karen Hoffman Lent (pro hac vice)
Boris Bershteyn (pro hac vice)
Thomas J. Smith (pro hac vice)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
LLP
One Manhattan West
New York, NY 10001

- 3 -

Telephone: (212) 735-3000
Facsimile: (212) 735-2000
karen.lent@skadden.com
boris.bershteyn@skadden.com
thomas.smith@skadden.com

*Counsel for Defendants NextEra Energy, Inc.;
NextEra Energy Resources, LLC.; and Florida
Power & Light Company*