**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| Leo Dorrell, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Constellation Energy Corporation, *et al.*,<br><br>Defendants. | **CIVIL ACTION**<br>**No. 25-cv-2251-ABA** |

**AGREED STIPULATION REGARDING PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND DEFENDANTS' FORTHCOMING MOTIONS TO DISMISS**

WHEREAS, Plaintiffs filed a Motion for Leave to File a Second Amended Class Action Complaint ("SAC") on September 21, 2026, in the above-captioned matter in this Court;

WHEREAS, Defendants, having reviewed Plaintiffs' Motion for Leave and proposed SAC, believe, for reasons including the addition of new Defendant Institute of Nuclear Power Operations, that the most efficient course of action will be for the Court to grant Plaintiffs' Motion for Leave so that the Parties may begin motion to dismiss briefing;

WHEREAS, if the Court grants Plaintiffs' Motion for Leave, the Parties have met and conferred on a briefing schedule for Motions to Dismiss seeking dismissal of the SAC in its entirety with prejudice;

WHEREAS, the Parties propose the following briefing schedule for such motions to dismiss, if the Court grants Plaintiffs' Motion for Leave:

a. Defendants shall move to dismiss or otherwise respond within 45 days of the SAC becoming the operative complaint;

b. Plaintiffs shall have 45 days for any responses in opposition to any motions to dismiss;

c. Defendants shall have 30 days for any reply briefs in support of their motions to dismiss.

d. The parties shall not count the dates November 26-29, 2026 and December 24, 2026-January 3, 2027 in calculating the deadlines above to account for the holidays.

WHEREAS, Plaintiffs have no objection to Defendants' proposal and acknowledge that Defendants have expressly reserved their right to file Motions to Dismiss Plaintiffs' proposed SAC; and

WHEREAS, Plaintiffs acknowledge that, in the event that the Court does not grant this stipulation, Defendants reserve all rights to oppose Plaintiffs' Motion for Leave at a later date to be agreed upon by the Parties.

THEREFORE, the Parties stipulate and respectfully request that the Court enter an order:

1. That in the event the Court grants Plaintiffs' September 21, 2026 Motion for Leave to File a Second Amended Class Action Complaint, it will be without prejudice to Defendants, including preserving Defendants' rights to move to dismiss the SAC on any grounds, and preserving Plaintiffs' right to oppose Defendants' Motions to Dismiss the SAC on any grounds, including that Defendants have waived arguments by failing to raise them previously; and

2. Entering the following briefing schedule for Defendants' Motions to Dismiss:[1]

a. Defendants shall move to dismiss or otherwise respond within 45 days of the SAC becoming the operative complaint;

b. Plaintiffs shall have 45 days for any responses in opposition to any motions to dismiss;

c. Defendants shall have 30 days for any reply briefs in support of their motions to dismiss.

d. The parties shall not count the dates November 26-29, 2026 and December 24, 2026-January 3, 2027 in calculating the deadlines above to account for the holidays.

[1] The Parties intend to submit a separate stipulation regarding page limitations for this motion-to-dismiss briefing at a later date.

## CONCLUSION

For the forgoing reasons, the Parties' Agreed Stipulation Regarding Plaintiffs' Motion for Leave to Amend and Defendants' Forthcoming Motions to Dismiss should be granted.

Date: October 5, 2026

Respectfully submitted,

*/s/ Matthew K. Handley*
Matthew K. Handley (D. Md. Bar No. 18636)
HANDLEY FARAH & ANDERSON PLLC
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036
Phone: (202) 559-2433
mhandley@hfajustice.com

George F. Farah (*pro hac vice*)
Nicholas J. Jackson (*pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
33 Irving Place
New York, NY 10003
Phone: (212) 477-8090
gfarah@hfajustice.com
njackson@hfajustice.com

William H. Anderson (*pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
1434 Spruce Street, Suite 301
Boulder, CO 80302
Phone: (202) 559-2433
wanderson@hfajustice.com

*/s/ Christopher B. Leach*
Christopher B. Leach (D. Md. Bar No. 20623)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
Phone: (202) 389-5000
Fax: (202) 389-5200
christopher.leach@kirkland.com

Daniel E. Laytin, P.C. (*pro hac vice*)
Christa C. Cottrell, P.C. (*pro hac vice*)
Max Samels (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Phone: (312) 862-2000
Fax: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
max.samels@kirkland.com

*Attorneys for Defendants Constellation Energy Corporation and Constellation Energy Generation, LLC*

*/s/ Shana E. Scarlett*
Shana E. Scarlett (pro hac vice)
Abby R. Wolf (pro hac vice)
John Michael Grant (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Douglas E. Litvack*
(signed by Christopher B. Leach with permission of Douglas E. Litvack)
Douglas E. Litvack (D. Md. Bar No. 31773)
Jariel A. Rendell (D. Md. Bar No. 32066)
Joshua J.W. Armstrong (*pro hac vice*)

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
abbyw@hbsslaw.com
john.grant@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Breanna Van Engelen (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

*/s/ Brent W. Johnson*

Brent W. Johnson (*pro hac vice*)
Alison S. Deich (*pro hac vice*)
Sabrina Merold (pro hac vice)
Nina L. Haug (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bjohnson@cohenmilstein.com
adeich@cohenmilstein.com
smerold@cohenmilstein.com
nhaug@cohenmilstein.com

*Interim Co-Lead Class Counsel*

Candice J. Enders (*pro hac vice*)
Julia R. McGrath (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600

JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Phone: (202) 639-6000
Fax: (202) 639-6066
dlitvack@jenner.com
jrendell@jenner.com
jarmstrong@jenner.com

Nicole A. Allen (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Phone: (312) 222-9350
Fax: (312) 527-0484
nallen@jenner.com

*Attorneys for Defendants American Electric Power Company Inc., American Electric Power Service Corporation, and Indiana Michigan Power Company*

*/s/ Nicholas J. Giles*

(signed by Christopher B. Leach with permission of Nicholas J. Giles)
Nicholas J. Giles (Fed. Bar No. 12725)
J. Brent Justus (*pro hac vice*)
Rebecca Jewel Watson (*pro hac vice*)
George E. Rudebusch (*pro hac vice*)
MCGUIRE WOODS LLP
800 East Canal Street
Richmond, VA 23219
Phone: (804) 775-1018
Fax: (804) 698-2026
ngiles@mcguirewoods.com
bjustus@mcguirewoods.com
rwatson@mcguirewoods.com
grudebusch@mcguirewoods.com

*Attorneys for Defendants Dominion Energy, Inc., Dominion Energy Services, Inc., and Virginia Electric and Power Company*

*/s/ Chantale Fiebig*

Philadelphia, PA 19103
Tel: (215) 875-3000
cenders@bm.net
jmcgrath@bm.net

Marit Vike (*pro hac vice*)
BERGER MONTAGUE PC
1001 G Street, NW
Suite 400 East
Washington, DC 20001
Tel: (202) 559-9740
mvike@bergermontague.com

Brian D. Clark (*pro hac vice*)
Olivia T. Levinson (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
bdclark@locklaw.com
otlevinson@locklaw.com

Stephen J. Teti (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
265 Franklin Street, Suite 1702
Boston, MA 02110
(617) 456-7701
sjteti@locklaw.com

*Additional Class Counsel*

(signed by Christopher B. Leach with
permission of Chantale Fiebig)
Chantale Fiebig (D. Md. Bar No. 31983)
Meagan K. Bellshaw (D. Md. Bar No. 31992)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
chantale.fiebig@weil.com
meagan.bellshaw@weil.com

Diane P. Sullivan (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
diane.sullivan@weil.com

*Attorneys for Defendants Duke Energy Corporation, Duke Energy Carolinas, LLC, Duke Energy Business Services, LLC, and Progress Energy, Inc.*

*/s/ Philip M. Andrews*

(signed by Christopher B. Leach with
permission of Philip M. Andrews)
Philip M. Andrews (Federal Bar No. 00078)
Justin A. Redd (Federal Bar No. 18614)
KRAMON & GRAHAM, P.A.
750 East Pratt Street, Suite 1100
Baltimore, MD 21202
Phone: (410) 752-6030
Fax: (410) 539-1269
pandrews@kg-law.com
jredd@kg-law.com

Sanford I. Weisburst (admitted *pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 Fifth Avenue
New York, NY 10016
Phone: (212) 849-7000
Fax: (212) 849-7100

sandyweisburst@quinnemanuel.com

Michael D. Bonanno (admitted *pro hac vice*)
Maia Livengood (admitted *pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, D.C. 20004
Phone: (202) 538-8000
Fax: (202) 538-8100
mikebonanno@quinnemanuel.com
maialivengood@quinnemanuel.com

*Attorneys for Defendants Entergy Corporation, Entergy Nuclear Operations, Inc., and Entergy Operations, Inc.*

*/s/ Paul A. Solomon*

(signed by Christopher B. Leach with permission of Paul A. Solomon)
Paul A. Solomon (D. Md. Bar No. 19920)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue NW
Washington, DC 20005
Phone: (202) 371-7000
Fax: (202) 393-2760
paul.solomon@skadden.com

Karen Hoffman Lent (*pro hac vice*)
Boris Bershteyn (*pro hac vice*)
Thomas J. Smith (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3000
Fax: (212) 735-2000
karen.lent@skadden.com
boris.bershteyn@skadden.com
thomas.smith@skadden.com

*Attorneys for Defendants NextEra Energy, Inc., NextEra Energy Resources, LLC, and Florida Power & Light Company*

*/s/ William S. D. Cravens*
(signed by Christopher B. Leach with permission of William S. D. Cravens)
William S. D. Cravens (D. Md. Bar No. 17342)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
Phone: (202) 739-3000
Fax: (202) 739-3001
william.cravens@morganlewis.com

Brian C. Rocca (*pro hac vice*)
Rishi P. Satia (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Phone: (415) 442-1000
Fax: (415) 442-1001
brian.rocca@morganlewis.com
rishi.satia@morganlewis.com

*Attorneys for Defendant Southern California Edison Company*

*/s/ Christopher B. Felton*
(signed by Christopher B. Leach with permission of Christopher B. Felton)
Christopher B. Felton (D. Md. Bar No. 31222)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Phone: (202) 739-3000
Fax: (202) 739-3001
christopher.felton@morganlewis.com

Daniel S. Savrin (*pro hac vice*)
Noah J. Kaufman (*pro hac vice*)
Stephen LaBrecque (*pro hac vice*)
Caiti A. Zeytoonian (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110

Phone: (617) 341-7700
Fax: (617) 341-7701
daniel.savrin@morganlewis.com
noah.kaufman@morganlewis.com
stephen.labrecque@morganlewis.com
caiti.zeytoonian@morganlewis.com

*Attorneys for Defendant STP Nuclear Operating Company*

*/s/ Jacquelyn E. Fradette*

(signed by Christopher B. Leach with permission of Jacquelyn E. Fradette)
Jacquelyn E. Fradette (D. Md. Bar No. 20884)
Carrie C. Mahan (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Phone: (202) 736-8000
Fax: (202) 736-8711
jfradette@sidley.com
carrie.mahan@sidley.com

Yvette Ostolaza (*pro hac vice*)
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Phone: (214) 981-3300
Fax: (214) 981-3400
yvette.ostolaza@sidley.com

Benjamin R. Nagin (*pro hac vice*)
Peter J. Mardian (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Phone: (212) 839-5300
Fax: (212) 839-5599
bnagin@sidley.com
pmardian@sidley.com

*Attorneys for Defendants Vistra Corp. and Luminant Generation Company, LLC*

*/s/ Robert S. Brennen*

(signed by Christopher B. Leach with
permission of Robert S. Brennen)
Robert S. Brennen (Federal Bar No. 04499)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
Phone: (410) 385-3653
rbrennen@milesstockbridge.com

Kevin J. Orsini (*pro hac vice*)
Omid H. Nasab (*pro hac vice*)
Brittany L. Sukiennik (*pro hac vice*)
Melissa A. Syring (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
New York, NY 10001
Phone: (212) 474-1000
Fax: (212) 474-3700
korsini@cravath.com
onasab@cravath.com
bsukiennik@cravath.com
msyring@cravath.com

*Attorneys for Defendants Xcel Energy Inc., Northern States Power Company, and Xcel Energy Services Inc.*

*/s/ Arthur E. Schmalz*

(signed by Christopher B. Leach with
permission of Arthur E. Schmalz)
Arthur E. Schmalz (D. Md. Bar No. 20359)
Wendell Taylor (*pro hac vice*)
Leslie Kostyshak (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
aschmalz@hunton.com
wtaylor@hunton.com
lkostyshak@hunton.com

Richard B. Walsh (*pro hac vice*)
Winthrop B. Reed III (*pro hac vice*)
Edward T. Pivin (*pro hac vice*)

LEWIS RICE LLC
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
Phone: (314) 444-7600
rwalsh@lewisrice.com
wreed@lewisrice.com
epivin@lewisrice.com

*Attorneys for Defendants Ameren Corporation, Union Electric Company (d/b/a Ameren Missouri) and Ameren Services Company*

*/s/ Stacey VanBelleghem*

(signed by Christopher B. Leach with permission of Stacey VanBelleghem)
Stacey VanBelleghem (D. Md. Bar No. 28893)
Marguerite Sullivan (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Phone: (202) 637-2200
stacey.vanbelleghem@lw.com
marguerite.sullivan@lw.com

Lawrence E. Buterman (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Phone: (212) 906-1200
lawrence.buterman@lw.com

Meaghan Thomas-Kennedy (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 391-0600
meaghan.thomas-kennedy@lw.com

*Attorneys for Defendant Arizona Public Service Company*

*/s/ Debra J. Carfora*

(signed by Christopher B. Leach with
permission of Debra J. Carfora)
Debra J. Carfora (D. Md. Bar No. 19153)
Joshua M. Goodman (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
Phone: (202) 739-3000
Fax: (202) 739-3001
debra.carfora@morganlewis.com
joshua.goodman@morganlewis.com

R. Brendan Fee (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market St.
Philadelphia, PA 19103
Phone: (215) 963-5136
Fax: (215) 963-5001
brendan.fee@morganlewis.com

*Attorneys for Defendants DTE Energy Company, DTE Electric Company, and DTE Energy Corporate Services, LLC*

*/s/ Alvin Dunn*

(signed by Christopher B. Leach with
permission of Alvin Dunn)
Alvin Dunn (D. Md. Bar No. 29068)
PILLSBURY WINTHROP SHAW
PITTMAN LLP
1200 Seventeenth Street NW
Washington, DC 20036
Phone: (202) 663-8000
Fax: (202) 663-8007
alvin.dunn@pillsburylaw.com

Jacob R. Sorensen (*pro hac vice*)
Lee Brand (*pro hac vice*)
PILLSBURY WINTHROP SHAW
PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Phone: (415) 983-1000
Fax: (415) 983-1200
jake.sorensen@pillsburylaw.com

lee.brand@pillsburylaw.com

*Attorneys for Defendants Energy Northwest, Pacific Gas & Electric Company, and PG&E Corporation*

*/s/ Amanda Flug Davidoff*

(signed by Christopher B. Leach with permission of Amanda Flug Davidoff)
Amanda Flug Davidoff (Bar No. 20125)
Daniel J. Richardson (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue
Washington, DC 20006
davidoffa@sullcrom.com
richardsond@sullcrom.com
Telephone: (202) 956-7500

Kyle W. Mach (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, CA 94301
machk@sullcrom.com
Telephone: (650) 461-5600

Nikko B. Price (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
pricenb@sullcrom.com
Telephone: (212) 558-4000

*Attorneys for Defendants FirstEnergy Corp. and FirstEnergy Service Company*

*/s/ C. Scott Lent*

(signed by Christopher B. Leach with permission of C. Scott Lent)
C. Scott Lent (D. Md. Bar No. 32207)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Phone: (212) 836-8000

Fax: (212) 836-8689
scott.lent@arnoldporter.com

Jonathan I. Gleklen (D. Md. Bar No. 21350)
Ryan Z. Watts (D. Md. Bar No. 32220)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Phone: (202) 942-5000
Fax: (202) 942-5999
jonathan.gleklen@arnoldporter.com
ryan.watts@arnoldporter.com

*Counsel for Defendants Public Service Enterprise Group Incorporated, PSEG Power LLC, PSEG Nuclear LLC, and PSEG Services Corporation*

*/s/ Robert K. Hur*

(signed by Christopher B. Leach with permission of Robert K. Hur)

Robert K. Hur (D. Md. Bar No. 04761)
M. Sean Royall (*pro hac vice*)
Robert M. Cooper (*pro hac vice*)
Emily Blackburn (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, Suite 900
Washington, DC 20006
Phone: (202) 737-0500
rhur@kslaw.com
sroyall@kslaw.com
rcooper@kslaw.com
eblackburn@kslaw.com

Ross E. Elfand (*pro hac vice*)
Sean Murray (*pro hac vice*)
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Phone: (212) 556-2100
relfand@kslaw.com
smurray@kslaw.com

*Attorneys for Defendants The Southern Company and Southern Nuclear Operating Company, Inc.*

*/s/ Indira K. Sharma*
(signed by Christopher B. Leach with permission of Indira K. Sharma)
Indira K. Sharma (D. Md. Bar No. 28269)
Christy A. Matelis (*pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Phone: (202) 274-2950
indira.sharma@troutman.com
christy.matelis@troutman.com

Bradley C. Weber (*pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Phone: (214) 740-8497
brad.weber@troutman.com

Jason D. Evans (*pro hac vice*)
Anna C. Yarbrough (*pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
301 S. College Street, 34th Floor
Charlotte, North Carolina 28202
Phone: (704) 998-4050
jason.evans@troutman.com
anna.yarbrough@troutman.com

*Attorneys for Defendant Tennessee Valley Authority*

*/s/ Brian P. Quinn*
(signed by Christopher B. Leach with permission of Brian P. Quinn)
Brian P. Quinn (D. Md. Bar No. 31847)
Emily Murphy (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Phone: (202) 383-5300

bquinn@omm.com
emurphy@omm.com

Michael F. Tubach (*pro hac vice*)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Phone: (415) 984-8700
mtubach@omm.com

Alexandra Wolter (*pro hac vice*)
O'MELVENY & MYERS LLP
400 S. Hope Street, 19th Floor
Los Angeles, CA 90071
Phone: (213) 430-6000
awolter@omm.com

*Attorneys for Defendant Wolf Creek Nuclear Operating Corporation*

*/s/ Stephen J. Marshall*

(signed by Christopher B. Leach with permission of Stephen J. Marshall)
Stephen J. Marshall, Esq (Fed Bar No.: 29632)
Bruce S. Schoenberger (*pro hac vice*)
Samuel R. Harden (*pro hac vice*)
Ali A. Nour (*pro hac vice*)
The B&O Building
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
Phone: (410) 752-8700
Fax: (410) 752-6868
smarshall@fandpnet.com
bschoenberger@gkplaw.net
samharden@gkplaw.net
anour@gkplaw.net

*Attorneys for Defendant Accelerant Technologies LLC*

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that the foregoing pleading was filed on this, the 5th day of October 2026, with the Clerk of the Court via ECF, and that service on all counsel of record is accomplished by electronic means.

*<u>/s/ Christopher B. Leach</u>*
Christopher B. Leach