**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| Leo Dorrell, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | **CIVIL ACTION**<br>**No. 1:25-cv-2251-ABA** |
| Constellation Energy Corporation, *et al.*, | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER ON AGREED STIPULATION REGARDING PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND DEFENDANTS' FORTHCOMING MOTIONS TO DISMISS**

Pursuant to the Parties' Agreed Stipulation Regarding Plaintiffs' Motion for Leave to Amend and Defendants' Forthcoming Motion to Dismiss, IT IS HEREBY ORDERED that:

**Motion for Leave to File a Second Amended Class Action Complaint.** The Court grants Plaintiffs' September 21, 2026 Motion for Leave to File a Second Amended Class Action Complaint without prejudice to Defendants, including preserving Defendants' rights to move to dismiss the SAC on any grounds, and preserving Plaintiffs' right to oppose Defendants' Motions to Dismiss the SAC on any grounds, including that Defendants have waived arguments by failing to raise them previously.

**Briefing Schedule.** The Court enters the following briefing schedule for Defendants' forthcoming Motions to Dismiss:

a. Defendants shall move to dismiss or otherwise respond within 45 days of the SAC becoming the operative complaint;

b. Plaintiffs shall have 45 days for any responses in opposition to any motions to dismiss;

c. Defendants shall have 30 days for any reply briefs in support of their motions to dismiss.

d. The parties shall not count the dates November 26-29, 2026 and December 24, 2026-January 3, 2027 in calculating the deadlines above to account for the holidays.

SO ORDERED.

DATED: ________________

________________________________
The Honorable Adam B. Abelson
United States District Judge